

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2018

No. 04-18-00221-CR

Andrew Douglas **BRIGHAM**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11698
Honorable Ron Rangel, Judge Presiding

## O R D E R

After we granted the State's first motion for extension of time to file the brief, it was due on November 30, 2018. On the extended due date, the State filed its second motion for an extension of time to file its brief.

The State's motion is GRANTED. The State's brief is due on December 3, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court